IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LARRY MIZE; and BETTY MIZE,<br><br>Plaintiffs,<br><br>v.<br><br>WINNEBAGO INDUSTRIES, INC. and WORKHORSE CUSTOM CHASIS, LLC,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO.: 1:05-CV-1513-GET |

**WINNEBAGO INDUSTRIES, INC.'S MOTION TO EXCEED RULE 7.1(D) PAGE LIMITATION**

COMES NOW Winnebago Industries, Inc. ("Winnebago"), and moves to exceed the page limit set forth in Local Rule 7.1(D) as to its Motion for Summary Judgment. Winnebago anticipates that its brief will exceed the page limitation by two pages. The extremely high number of different claims in the Plaintiffs' Complaint necessitates this Motion.

174757.1

This 17th day of January, 2006.

                    **NALL & MILLER, LLP**

BY:     s/Mark D. Lefkow
        **MICHAEL D. HOSTETTER**
        Georgia Bar No. 368420
        **MARK D. LEFKOW**
        Georgia Bar No. 004289

        **ATTORNEYS FOR DEFENDANT**
        **WINNEBAGO INDUSTRIES, INC.**

235 Peachtree Street, N.E.
Suite 1500
Atlanta, Georgia 30303
Phone: (404) 522-2200
Fax: (404) 522-2208

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this day served a copy of the foregoing document upon counsel in this matter by placing a true and correct copy in the United States Mail with sufficient postage affixed thereon, addressed as follows and further certify that this document was prepared using Times New Roman 14 point font, as allowed by Local Rules:

>Scott Fortas, Esq.
>KROHN & MOSS, LTD.
>1100 Spring Street, N.W.
>Suite 350
>Atlanta, GA  30309

Marshall Meyers, Esq.
KROHN & MOSS, LTD.
111 W. Monroe, Suite 711
Phoenix, AZ 85003

Jeremy M. Moeser, Esq.
Jonathan R. Friedman, Esq.
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street
Suite 5300
Atlanta, GA 30308

This the 17th day of January, 2005.

                                                   s/Mark D. Lefkow
                                          **MARK D. LEFKOW**
                                          Georgia Bar No. 004289

**NALL & MILLER, LLP**
235 Peachtree Street, N.E.
Suite 1500
Atlanta, Georgia 30303
Phone: (404) 522-2200
Fax: (404) 522-2208

4

174757.1